1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**
8 **DISTRICT OF NEVADA**
9
10 UNITED STATES OF AMERICA,
11       Plaintiff,                                    Case No. CR-S-2:09-CR-00056-KJD-RJJ-1
12 v.                                                  **ORDER**
13 IAN CHRISTOPHERSON,
14       Defendant.
15
16       The above entitled matter has been assigned to this U.S. District Judge by the Clerk of Court.
17 With good cause appearing, U.S. District Judge Kent J. Dawson hereby recuses himself from this
18 case and **IT IS ORDERED** that this matter is referred to the Clerk of Court for reassignment to
19 another U.S. District Judge.
20       DATED this 4th day of September 2012.
21
22
23
24       _____
25       Kent J. Dawson
         United States District Judge
26