# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00056-MMD-VCF |
| Plaintiff-Appellee, | USCA No. 13-10012 |
| v. | ORDER |
| IAN CHRISTOPHERSON, | |
| Defendant-Appellant. | |

Pursuant to order of the United States Court of Appeals for the Ninth Circuit in the above-referenced case, the defendant-appellant's motion for appointment of counsel was granted (dkt. no. 175) and Todd M. Leventhal, Esq. was ordered appointed as counsel (dkt. no. 176) as the Nevada Federal Public Defender was believed to have a conflict. The Nevada Public Defender was found to not have a conflict and can accept the appointment.

IT IS THEREFORE ORDERED that Nevada Federal Public Defender (411 E. Bonneville Avenue, Suite 250, Las Vegas, NV 89101, phone number 702-388-6577) is appointed as counsel to replace Todd M. Leventhal for defendant-appellant Ian Christopherson.

IT IS FURTHER ORDERED, pursuant to the order of the United States Court of Appeals for the Ninth Circuit, the Clerk of Court is directed to notify the Clerk of the Ninth Circuit Court of Appeals of this appointment at counselappointments@ca9.uscourts.gov.

DATED this 25th day of April 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE