```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )
              Plaintiff,     )    Case No. 2:09-cr-56-MMD-VCF
                             )
    vs.                      )
                             )    ORDER TEMPORARILY
IAN CHRISTOPHERSON,          )    UNSEALING TRANSCRIPT
              Defendant.     )
```

On June 11, 2013, Felicia Zabin, Transcriber, received a Transcript Order form requesting transcript of the **Hearing**, held on **November 23, 2009**, from **Alina M. Shell, AFPD**, in which a portion of said hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Alina M. Shell, AFPD.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this 12th day of June, 2013.

_____
MIRANDA M. DU
United States District Judge